# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00390-CV

**Brian Collister, Appellant**

**v.**

**William L. Davis, Michael DePonte, Julie Tower and Jackson Lewis, Appellees**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-000797, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Brian Collister, appearing pro se, seeks appellate review of "interlocutory order of dismissal" signed by the trial court on June 8, 2020. Appeals from interlocutory orders are accelerated, *see* Tex. R. App. P. 28.1, and a notice of appeal must be filed within twenty days after the order is signed, *see id.* R. 26.1(b). To the extent the June 8 order is an otherwise appealable, interlocutory order, the deadline for Collister to file his notice of appeal was June 29, 2020. Collister did not file his notice of appeal until July 30, 2020.

On November 17, 2020, the Clerk of this Court sent a letter to Collister informing him that it appeared from the trial court's clerk record that his notice of appeal was untimely and, as a result, that this Court lacks jurisdiction over this appeal. *See id.* R. 25.1 (filing of notice of appeal invokes appellate jurisdiction). The Clerk requested that Collister file a response by November 30, 2020, explaining how this Court has jurisdiction over this appeal and advised him that the failure to do so would result in the dismissal of this appeal. *See id.* R. 42.3(a).

To date, Collister has not responded to this Court's jurisdictional inquiry. Because Collister has failed to demonstrate this Court's jurisdiction over this appeal, we dismiss it for want of jurisdiction. *See id.*

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Jurisdiction

Filed: December 17, 2020